1070

No. 90–5837.  LUCERO-ROMERO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–5860.  JONES *v.* EVITTS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 90–5900.  ELLIS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 90–5917.  NEWMAN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–5926.  BLAKE ET AL. *v.* HEARD ET AL.  C. A. 5th Cir. Certiorari denied.

No. 90–5933.  OLIVER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–5967.  D. H. *v.* VERMONT DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES.  Sup. Ct. Vt.  Certiorari denied.

No. 90–6001.  MEDRANO-VELOJA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–6007.  KUCIK *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–6050.  PAYNE *v.* MIDDLETON ET AL.  C. A. 5th Cir. Certiorari denied.

No. 90–6061.  VILLA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–6083.  GREENE *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–6118.  DESMOND *v.* DEPARTMENT OF DEFENSE.  C. A. Fed. Cir.  Certiorari denied.

No. 90–6169.  WOODS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–6201.  GRAY *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 90–6276.  WARD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.